A97A2236. SEAY v. CLEVELAND et al.
(510 SE2d 87)

ELDRIDGE, Judge.

In *Seay v. Cleveland*, 270 Ga. 64 (508 SE2d 159) (1998) the Supreme Court reversed the judgment of this Court's opinion in *Seay v. Cleveland*, 228 Ga. App. 836 (493 SE2d 30) (1997). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Ruffin, J., and Senior Appellate Judge Harold R. Banke[1] concur.*

DECIDED DECEMBER 1, 1998.

Smith, Howard & Ajax, Harvey S. Gray, Michael D. St. Amand, for appellant.

Baker & Whitaker, Elliott R. Baker, William E. Whitaker, William G. Hasty, Jr., Jonathan A. Pope, for appellees.